IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CV-00127-M-BM

| | |
|---|---|
| CORSHEENA A. KERR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NAVY FEDERAL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter comes before the court on the memorandum and recommendation (the "Recommendation") entered by Magistrate Judge Brian S. Meyers in this case on August 27, 2024 [DE 8]. In the Recommendation, Judge Meyers recommends that the court dismiss Plaintiff's Complaint for failing to state a claim upon which relief may be granted. DE 8 at 1, 8. The Recommendation, along with instructions and a deadline for filing objections, was served on Plaintiff on August 27. *See id.* at 8-9. Plaintiff raised no objection to the Recommendation. *See* Docket Entries dated August 27, 2024, to present.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial*

*Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the Recommendation and the record presented, the court finds no clear error. *See Diamond*, 416 F.3d at 315. The court thus ADOPTS the Recommendation [DE 8] in full. Plaintiff's Complaint [DE 1] is DISMISSED. The Clerk of Court is directed to close this case.

SO ORDERED this __21st__ day of October, 2024.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE